**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | **Chapter 13 Proceeding** |
| **Isaac Williams, Jr.** | ) | **Case No.  07-20438** |
| | ) | |
| **Debtor** | ) | |

### NOTICE FOR DEPOSIT OF FUNDS
### INTO U. S. TREASURY FUND106000

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $4.87  into U. S. Treasury Fund 106000 for the following reasons:

1.  That the debtor herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.

2.  That the Indiana Department of Revenue filed a proof of claim on March 15, 2007.

3.  That your Trustee attempted to make payment on said claim in January 2010 in the amount of $4.87 and said payment remains uncashed.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $4.87  into U.S. Treasury Fund 106000 on behalf of creditor Indiana Department of Revenue whose last know address was Bankruptcy Section Room –240, 100 North Senate Avenue, Indianapolis, IN 46204.

/s/ Paul R. Chael
Paul R. Chael, Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015

### CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2010 service of a true and complete copy of the above and foregoing pleading or document was made electronically upon the U.S. Trustee and debtors' attorney and the debtor by U.S. Mail as set forth below.

/s/ Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

Distribution:

Isaac Williams, Jr., 860 W. 52nd Drive, Apt. L289, Merrillville, IN 46410