0UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| In Re:                                ) | |
|                                          ) | **Chapter 13 Proceeding** |
| **Isaac Williams, Jr.**         ) | |
|                                          ) | **Case No.  07-20438** |
|            **Debtor**           ) | |

## NOTICE FOR DEPOSIT OF FUNDS
## INTO U. S. TREASURY FUND 6047BK

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $137.13 into U. S. Treasury Fund 6047BK for the following reasons:

1. That the debtor herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.

2. That the Indiana Department of Revenue filed a proof of claim on March 15, 2007.

3. That your Trustee attempted to send payment on said claim and said payment remains uncashed.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $137.13  into U.S. Treasury Fund 6047BK on behalf of creditor Indiana Department of Revenue whose last known address was Bankruptcy Section Room - 240, 100 North Senate Avenue, Indianapolis, IN 46204.

/s/ Paul R. Chael
Paul R. Chael, Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2010 service of a true and complete copy of the above and foregoing pleading or document was made upon the debtors' attorney and the U.S. Trustee electronically and the debtor by U.S. Mail as set forth below.

/s/ Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

Distribution:

Isaac Williams, Jr., 860 W. 52nd Drive, Apt. L289, Merrillville, IN 46410